App. Div.]          First Department, July, 1914.

Robert R. Reed, etc., v. George F. Allison.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Henry Prince v. Ely J. Reiser.— Motion to dismiss appeal denied, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Robert I. Curran v. August Oppenheimer.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Pineo E. Bush v. Marion E. Bush and Others.— Motion to dismiss appeal denied, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Henry A. Gildersleeve and Others v. New York Railways Company and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

In the Matter of George Weaver, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

In the Matter of George Weaver, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

James C. Bushby v. Lancelot M. Berkeley.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Louis Scheinberg v. Max Stolwein and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Michael J. Ryan v. Central Union Gas Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

A. M. Engel & Company, Incorporated, v. Robert L. Davis.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Santiago Rodriguez v. Interborough Rapid Transit Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

R. Regensburg & Sons v. Harris L. Rosenthal.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Lorenzo W. Sherwood v. Alexander F. Fisher.— Application denied, with ten dollars costs.— Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Samuel Gordon v. Merriam Paper Company and Others.—Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.